# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO S. RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE, BANK, N.A.;<br>CALIFORNIA RECONVEYANCE<br>COMPANY, ET AL.,<br><br>    Defendants. | 1:13-CV-0352 AWI GSA<br><br>ORDER VACATING<br>MAY 20, 2013 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

Defendants have filed a motion to dismiss this action.  Plaintiff has filed an opposition to this motion.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 20, 2013 is VACATED and the parties shall not appear at that time.  As of May 20, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 16, 2013

_____
SENIOR  DISTRICT  JUDGE